UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2021 MAY 19 A 11: 18
CLERK M. Akins
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED S3TATES OF AMERICA | ) | INFORMATION NO. |
| | ) | |
| v. | ) | 18 U.S.C. § 7 & 13 |
| | ) | Driving while License Suspended or |
| | ) | Revoked, O.C.G.A. § 40-5-121(a), |
| | ) | Adopted for Areas within Federal |
| RAFEAL RANDALE PARKS | ) | Jurisdiction under |

THE UNITED STATES ATTORNEY CHARGES:   **CR121-037**

**COUNT ONE**
*Driving while License Suspended or Revoked, O.C.G.A. § 40-5-121(a), Adopted for Areas within Federal Jurisdiction*
18 U.S.C. § 7(3) & 13

On or about January 29, 2021, in the Southern District of Georgia, the defendant,

**RAFEAL RANDALE PARKS**,

at a place within the special maritime and territorial jurisdiction of the United States, namely, Fort Gordon Military Reservation, on land acquired for the use of the United States and under the exclusive jurisdiction thereof, did unlawfully drive a motor vehicle upon a public highway within said Military Reservation while his privilege to so drive was suspended in violation of O.C.G.A. § 40-5-121(a) Georgia State Law adopted under Title 18, United States Code, Sections 7(3) and (13).

All done in violation of Title 18, United States Code, Sections 7(3) and (13).

DAVID H. ESTES
ACTING UNITED STATES ATTORNEY

_____
Edwin Caban Jr.
Special Assistant United States Attorney
Puerto Rico Bar Number 18450
P.O. Box 2017
Augusta, Georgia 30903
(706) 826-4541
Email: edwin.caban@usdoj.govov